BISSELL, Circuit Judge,
concurring-in-part, dissenting-in-part.
I concur in part II of the order. In light of the deletion directed there, I must also *1381 order the deletion of the following sentence on 831 F.2d at 1055:
The government’s concession that the Internal Revenue Service could orally withdraw a notice of disallowance is insufficient standing alone to make the first notice “defective,” or to toll the statute.
In its place, I order the insertion of the following:
An oral withdrawal by the Internal Revenue Service of a notice of disallowance is insufficient standing alone to make the first notice “defective,” or to toll the statute.
I dissent in part I of the order. I would have granted the government’s Petition for Rehearing in full, and adopted the dissent as the court’s opinion.